**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

TECH MET, INC; ALFRED POZZUTO; G
MONEY, INC. D/B/A NORTH PARK
CLUBHOUSE; MR. MAGIC CAR WASH
INC.; AND JOHN TIANO, ON THEIR
OWN BEHALF AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

Petitioners

v.

STRATEGIC ENERGY, LLC,

Respondent

:  No. 277 WAL 2015
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.